BEFORE: ARLENE R. LINDSAY  DATE: 10/2/2023
UNITED STATES MAGISTRATE JUDGE  TIME ON: 4:15
  TIME OFF: 5:20

Case No. 23-mj-865  Courtroom Deputy: Robert Imrie

Criminal Cause for Initial Appearance

Defendant: Qin Hui
  Present X  Not Present ___  In Custody X  On Bail/Bond ___

Attorney: Matin Emouna (for arraignment purposes only)  Ret'd ___  CJA X  FD of NY ___

AUSA: Bradley King

Interpreter: Jianhang Mai (Mandarin)

ESR Time: 4:15 - 5:20

X  Case Called   X  Counsel for all sides present.

___ Order Setting Conditions of Release and Bond entered.  ___ Special Conditions Apply.
X  Order of Detention entered.
___ Temporary Order of Detention entered.
Next Court appearance scheduled for _____
Preliminary Hearing X  Waived;  ___ Set for _____.
___ Waiver of Speedy Indictment executed from _____ to _____.
___ Defendant waives Speedy Trial from _____ to _____.
NOTES: _____