BEFORE: LEE G. DUNST  DATE: 11/21/2023
UNITED STATES MAGISTRATE JUDGE  TIME: 2:30PM

# CRIMINAL CAUSE FOR STATUS

**DOCKET No.** 23-MJ-865

**DEFENDANT: Qin Hui**  **DEF. #**
☒ Present  ☐ Not Present  ☒ Custody  ☐ Bail/Surrender

**DEFENSE COUNSEL**: Benjamin B. Xue
☐ Federal Defender  ☐ CJA  ☒ Retained

**A.U.S.A.**:  Brad King

INTERPRETER: Jianhang Mai, sworn (Language - Mandarin)

PROBATION OFFICER/PRETRIAL:

COURT REPORTER / FTR LOG : 3:03-3:08   MAGISTRATE DEPUTY: CT

☒ Case called  ☒ Counsel for all sides present

☒ Waiver of Speedy Indictment/Trial executed; time excluded from 11/21/2023 through 12/28/2023

☐ Order Setting Conditions of Release and Bond entered.

☐ Permanent Order of Detention entered.

☐ Temporary Order of Detention entered.

   ☐ Detention Hearing scheduled for:

☐ Bail Hearing held.  Disposition:

☐ Next Court appearance scheduled for

Defendant ☐ Released on Bond;  ☒ Remains in Custody.

OTHER: