UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA

    -  against  -                                 Case No.: 2:23-mj-00865

QIN HUI,
                                                                       **NOTICE OF DISCHARGE OF**
                       Defendant.                         **ATTORNEY**
-----------------------------------------------------------X

        **PLEASE TAKE NOTICE** that Aidala, Bertuna & Kamins, P.C. are hereby discharged as my attorneys, effective immediately.

Dated: October 19, 2023

                                                                               _____
                                                                               Qin, Hui